216 P.3d 127

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State ex rel. Atty. Gen. v. Earthjustice | 29289 | 08/03/2009 | Reversed & remanded |
| State v. Yamamoto | 28820 | 08/26/2009 | Vacated in part, remanded in part, affirmed in part |
| "R" Children, In re | 29541 | 08/26/2009 | Vacated and remanded |
| Bayley v. Bayley | 27884 | 08/31/2009 | Vacated, affirmed & remanded |